**No. 53578.**—Parker Co. *v.* United States, protests 129112–K and 130311–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53579.**—Tropical Craft Corporation *v.* United States, protest 141065–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), .the claim of the plaintiff was sustained.

**No. 53580.**—Weigert-Dagen Shoe Company *v.* United States, protest 145514–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53581.**—British West Indies Co. *v.* United States, protest 147920–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 27, 1949

**No. 53582.**—Gerstenzang Werner Co., Inc. *v.* United States, protest 27802–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads, composed of galalith, similar in all material respects to those the subject of *Gerstenzang Werner Co., Inc.* v. *United States* (21 Cust. Ct. 97, C. D. 1136), the claim of the plaintiff was sustained.

**No. 53583.**—Yardley & Co., Ltd , et al. *v.* United States, protests 72986–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiffs was sustained.

**No. 53584.**—Yardley of London, Inc. *v.* United States, protests 118817–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53585.**—Ciba Co., Inc. *v.* United States, protest 148914–K (New York).

Opinion by COLE, J.  The undisputed facts showed that the product in question is a color or dye, soluble in water, used for blueing textiles, principally bleached cotton cloth, making it whiter, and that it is obtained, derived, or manufactured, in whole or in part, from toluene, a product provided for in paragraph 1651. The established facts bring the merchandise in question within the provision in paragraph 28 (a), as amended.  The claim of the plaintiff was therefore sustained.